Tom Buchele, OSB # 081560
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
Tel: (503) 768-6736
Fax: (503) 768-6642
Email: tbuchele@lclark.edu

Attorney for Plaintiff League of Wilderness Defenders/Blue Mountains Biodiversity Project

Jennifer Schemm, OSB # 970086
Attorney at Law
602 O Ave.
La Grande, Oregon 97850
Tel: (541) 962-0896
Fax: (541) 962-7831
Email: jschemm@eoni.com

Attorney for Plaintiff Hells Canyon Preservation Council

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEAGUE OF WILDERNESS DEFENDERS/BLUE MOUNTAINS BIODIVERSITY PROJECT**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**KENT P. CONNAUGHTON**, et al.,<br><br>Defendants,<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL,** et al.,<br><br>Defendants-Intervenors. | Case No. 3:12-CV-02271-HZ<br><br>**PLAINTIFFS' MOTION TO STRIKE EXTRA-RECORD DECLARATIONS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1 –PLAINTIFFS' MOTION TO STRIKE EXTRA-RECORD DECLARATIONS

Pursuant to LR 7-1(a), the parties made a good faith effort through email correspondence to resolve the dispute and have been unable to do so. Defendants oppose the motion. Intervenors defer to defendants on this issue.

Plaintiffs move to strike the Declarations of Steven B. Hawkins (paragraphs 10-15) (Dkt No. 47), Robyn L. Darbyshire (Dkt No. 48), and Joshua P. White (Dkt No. 49). Defendants have asked the Court to consider these extra-record declarations in the event the Court considers Exhibits C and E attached to the Second Declaration of Jennifer Schemm (Dkt No. 34), and Paragraphs 13-22 of the Declaration of David Mildrexler (Dkt No. 40) submitted in support of plaintiffs' motion for preliminary injunction.

This motion is supported by plaintiffs' Memorandum in Support of Motion to Strike Extra-Record Declarations.

Respectfully submitted this 24 day of May, 2013.

        s/ Tom Buchele
        Tom Buchele (OSB # 081560)
        Tel: (503) 768-6736
        Email: tbuchele@lclark.edu

        Attorney for Plaintiff League of Wilderness
        Defenders/Blue Mountains Biodiversity Project

        s/ Jennifer Schemm
        Jennifer Schemm (OSB # 970086)
        Tel: (541) 962-0896
        Email: jschemm@eoni.com

        Attorney for Plaintiff Hells Canyon Pres. Council