SAM HIRSCH
Acting Assistant Attorney General

BEVERLY F. LI
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-9213
Facsimile: (202) 305-0506
Email: beverly.li@usdoj.gov

Attorney for Federal Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **LEAGUE OF WILDERNESS DEFENDERS/BLUE MOUNTAINS BIODIVERSITY PROJECT,** *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> **KENT P. CONNAUGHTON,** *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL,** *et al.*, <br><br>         Defendant-Intervenors. | Case No. 12-cv-02271-HZ <br><br> **FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> ORAL ARGUMENT REQUESTED <br><br> Date:     October 10, 2014 <br> Time:     1:30 p.m. <br> Location: Courtroom 14B <br> Judge:    Hon. Marco A. Hernández |

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Federal Defendants, by and through their undersigned attorney, hereby move the Court for summary judgment on the following claims in the Amended Complaint (ECF No. 19), which Plaintiffs have represented they intend to pursue on the merits: Claim 1, Counts 2-3, 6, 8-12; and Claim 2. *See* Stip. Re: Summ. J. Briefing Schedule at 4 (ECF No. 88). Summary judgment should be granted in favor of Federal Defendants on these claims because there is no dispute of material fact and because Federal Defendants are entitled to judgment as a matter of law. Federal Defendants' Motion is supported by the administrative record lodged with the Court and the accompanying Memorandum. Pursuant to Local Civil Rule 7.1, Counsel for Plaintiff and Federal Defendants have conferred and concluded that summary judgment is necessary to resolve this dispute.

For the reasons stated in the supporting Memorandum, the Court should grant summary judgment in favor of Federal Defendants on Claim 1, Counts 2-3, 6, 8-12; and Claim 2 of the Amended Complaint.

Respectfully submitted this 6th day of June, 2014.

> SAM HIRSCH
> Acting Assistant Attorney General
> Environment and Natural Resources Division
> /s/      Beverly F. Li
> BEVERLY F. LI
> Trial Attorney, Natural Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 353-9213
> Facsimile: (202) 305-0506
> Email: beverly.li@usdoj.gov
>
> Attorney for Federal Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, a copy of the foregoing was served via the CM/ECF system on the following:

Thomas Charles Buchele
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6736
Fax: (503) 768-6642
Email: tbuchele@lclark.edu

Jennifer Ripley Schemm
602 O Avenue
La Grande, OR 97850
(541)962-0896
Fax: (541)962-7831
Email: jschemm@eoni.com

*Attorneys for Plaintiffs*

Scott W. Horngren
Caroline Lobdell
American Forest Resource Counsel
5100 SW McAdam Blvd., Suite 350
Portland, OR 97239
(503) 222-9505
Fax: (503) 222-3255
Email: shorngren@amforest.org
Email: clobdell@wrlegal.org

*Attorneys for Defendant-Intervenors*

                                                            /s/          Beverly F. Li
                                                            Beverly F. Li
                                                            Counsel for Federal Defendants