UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEAGUE OF WILDERNESS DEFENDERS/BLUE MOUNTAINS BIODIVERSITY PROJECT,** *et al.,*<br><br>            Plaintiffs,<br><br>    v.<br><br>**JAMES M. PEÑA,** *et al.*,<br><br>            Defendants,<br><br>and<br><br>**BAKER COUNTY,** a political subdivision of the State of Oregon, *et al.,*<br><br>            Defendant-Intervenors. | Case No. 3:12-cv-02271-HZ<br><br>**JUDGMENT** |

Based on this Court's December 9, 2014 OPINION and ORDER (Dkt. # [140]) and its April 6, 2015 OPINION and ORDER (Dkt. # [149]),

**IT IS ADJUDGED** that this matter is REMANDED to the United States Forest Service for further proceedings consistent with the Court's Opinions and Orders and applicable laws and regulations and the Forest Supervisor's March 19, 2012 Record of Decision and March 2012 Final Environmental Impact Statement are VACATED. Nothing in this Judgment prohibits the

1- JUDGMENT

Forest Service or its contractors from completing the following contractually required clean-up work on the Puzzle Sale units of the Snow Basin Project: (1) Slash disposal measures on units 20b, 20a, 423 and 403; (2) road maintenance work on roads 7005160, 7005179, 7005180 and 7010200; (3) closure of temporary roads in units 419, 420 and 20b; (4) burning of slash piles.

Dated this ___20___ day of April, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2- JUDGMENT